**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6979**

MANETIRONY CLERVRAIN,

Plaintiff - Appellant,

v.

ANGELA DUNBAR,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:18-cv-01205-GJH)

Submitted:  February 26, 2019                                    Decided:  March 1, 2019

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Manetirony Clervrain, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Manetirony Clervrain appeals the district court's order dismissing his civil complaint for failure to comply with Fed. R. Civ. P. 8. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's dismissal, *see Clervrain v. Dunbar*, No. 8:18-cv-01205-GJH (D. Md. July 18, 2018), but we modify the dismissal to be without prejudice. We deny Clervrain's motions to amend, for standing, to proceed on the record, and for judicial union. We also deny his motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*